**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.                                                                        CASE NO. 6:06-CR-125-ORL-19KRS

SURLLOYD DONTRAY HILSON

## ORDER

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 862, filed October 19, 2006) and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 862) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant Surlloyd Dontray Hilson has entered a plea of guilty to Count One of the Superseding Information knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Count One of the Superseding Information.

3. Ruling on acceptance of the Plea Agreement (Doc. No. 859, filed October 19, 2006) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this   25th   day of October, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy